EDTN Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSHUA E. RAMSEY<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 2:09-CR-036-2<br><br>Tim S. Moore<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions 1-9 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations;

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

     The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

July 22, 2014
Date of Imposition of Sentence

s/ Leon Jordan
Signature of Judicial Officer

LEON JORDAN, United States District Judge
Name & Title of Judicial Officer

July 22, 2014
Date

CASE NUMBER: 2:09-CR-036-2
DEFENDANT: JOSHUA E. RAMSEY

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 & 2 | The defendant committed a state crime while on supervised release. | April 12, 2014 |
| 3 | The defendant did possess a controlled substance. The defendant use an unlawful controlled substance. The defendant failed to report to periodic drug tests as directed. | March 10, 2014<br>April 16, 2014<br>May 8, 2014<br>May 21, 2014 |
| 4 | The defendant failed to submit a truthful and complete written report within the first five days of each month. | January 2014<br>February 2014<br>March 2014<br>April 2014 |
| 5 | The defendant shall failed to answer truthfully to all inquires by the probation officer. | January 2014<br>February 2014<br>March 2014<br>April 2014 |
| 6 | The defendant shall failed to refrain from excessive use of alcohol and did use a controlled substance. | March 10, 2014<br>April 16, 2014 |
| 7 | The defendant did frequent places where controlled substances were illegally sold, used, distributed or administrated. | March 2014<br>April 2014 |
| 8 | The defendant associate with persons engaged in criminal activity. | March 2014<br>April 2014 |
| 9 | The defendant failed to participate in a program of testing and/or treatment for drug and/or alcohol abuse as directed by the probation officer. | May 2014 |

DEFENDANT:     JOSHUA E. RAMSEY
CASE NUMBER:   2:09-CR-036-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 16 months.

[✓]  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant receive substance abuse treatment while incarcerated. It is further recommended the defendant participate in educational classes and training to learn a trade or marketable skills while incarcerated. Lastly, the court recommends the defendant be designated to FCI Manchester, KY or FPC Lexington, KY.

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___ [] a.m. [] p.m. on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL